E-filing

1

2  LAW OFFICES OF JOHN M. KELSON
   JOHN M. KELSON (75462)
3  1999 Harrison Street, Suite 700
   Oakland, California 94612
   Telephone: 510/465-1326
4  Facsimile:  510/465-0871

5  Attorneys for Representative Plaintiff
   And the Plaintiff Classes

6
                    UNITED STATES DISTRICT COURT
7
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

9  TRAVIS RICHARDSON, on behalf            )   Case No.
   of himself and all others similarly situated, )
                                           )   C07-05031
10                                         )
                                           )
                         Plaintiff,        )   NOTICE OF RELATED CASES
11         vs.                             )
                                           )   Local Rule 83-123
12 HITACHI AMERICA, LTD.; HITACHI, LTD.;   )
   HITACHI ELECTRONIC DEVICES USA;         )
13 HYNIX SEMICONDUCTOR AMERICA, INC.;      )
   HYNIX SEMICONDUCTOR, INC.;              )
14 MICRON TECHNOLOGY, INC.                 )
   MICRON SEMICONDUCTOR PRODUCTS,          )
   INC.; MITSUBISHI ELECTRIC               )
15 CORPORATION; MITSUBISHI ELECTRIC        )
   AND ELECTRONIICS USA. INC.; MOSEL       )
16 VITELIC CORPORATION; MOSEL VITELIC,     )
   INC.; RENESAS TECHNOLOGY                )
17 CORPORATION; RENESAS TECHNOLOGY         )
   AMERICA, INC.; SAMSUNG                  )
18 SEMICONDUCTOR, INC.; SAMSUNG            )
   ELECTRONICS COMPANY, LTD.;              )
19 TOSHIBA CORPORATION; TOSHIBA            )
   AMERICA, INC.; TOSHIBA AMERICA          )
20 ELECTRONIC COMPONENTS, INC.;            )
   WINBOND ELECTRONICS CORPORATION;        )
21 WINBOND ELECTRONICS CORPORATION         )
   AMERICA, INC.,                          )
                                           )
22                                         )
                                           )
23                                         )
                         Defendants.       )
24                                         )
   _____

25

NOTICE OF RELATED CASES

2

**TO THE COURT AND ALL PARTIES:**

Pursuant to local rule 83-123, Plaintiff TRAVIS RICHARDSON gives notice that this action is related to *Trong Nguyen v. Samsung Electronics Co., Ltd., et al.*, Case No. C-07-00086 SBA in that both actions involve the same transactions and events, and both actions involve similar questions of fact and the same question of law such that their assignment to the same judge is likely to effect a substantial savings of judicial effort. Both actions concern the same conduct by the defendants which, as set forth in the complaints in each action, *inter alia*, constituted a violation of the Sherman Act, 15 U.S.C. Section 1, and the Cartwright Act, Section 16720 of the California Business and Professions Code, in the market for direct and indirect sales and purchases of flash drives. Assignment of both of these actions to a single judge is likely to effect a savings of judicial effort and other economies because the same issues of fact and law will be presented in both actions.

DATED: September 28, 2007

LAW OFFICES OF JOHN M. KELSON

By: _____

JOHN M. KELSON

Attorneys for Representative Plaintiff

And the Plaintiff Classes

NOTICE OF RELATED CASES

2